IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAIT LATAUSCA BELYEW,

    Petitioner,        No. CIV S-08-0888 LKK CMK P

  vs.

MIKE EVANS, et al.,

    Respondents.      ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's application for leave to proceed in forma pauperis (Doc. 2).

        Petitioner has not, however, submitted a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases.  This requirement may be satisfied by having the appropriate prison official complete the certificate portion of the form application or by submitting a certified copy of petitioner's prison trust account statement.[1]  Petitioner will be provided the opportunity to submit the required certification or the appropriate filing fee.

---

[1] Petitioner's application contains a copy of his inmate trust account statement, but the copy is not certified.

1  Petitioner is warned that failure to comply with this order may result in the dismissal of this
2  action.  See Local Rule 11-110.
3         Accordingly, IT IS HEREBY ORDERED that petitioner shall submit within 30
4  days of the date of this order, a certification as required by Rule 3(a)(2), or the appropriate filing
5  fee.

 DATED: May 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE