IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAIT LATAUSCA BELYEW,

    Petitioner,                     No. CIV S-08-0888 LKK CMK P

    vs.

MIKE EVANS, et al.,

    Respondents.               ORDER

                                  /

           Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's application for leave to proceed in forma pauperis (Doc. 2).  Petitioner's petition will be addressed separately.

           Petitioner's application does not include a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases.  It does, however, contain a copy of his prison trust account statement.  On May 8, 2008, the court ordered petitioner to submit either a completed certified application or a certified copy of petitioner's prison trust account statement.  In response, petitioner informed the court that he has not been able to obtain the necessary

certification from the prison officials.

  Plaintiff has provided the court with a copy of his prison trust account, and an affidavit showing that he is unable to prepay fees and costs or give security therefor as required by 28 U.S.C. § 1915.  The court finds this sufficient to meet the requirements of Rule 3.

  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted.

DATED: June 18, 2008

            _____
            **CRAIG M. KELLISON**
            UNITED STATES MAGISTRATE JUDGE