IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAIT LATAUSCA BELYEW,

        Petitioner,                      No. CIV S-08-0888 LKK CMK P

   vs.

MIKE EVANS, et al.,

        Respondents.              ORDER

                                /

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner names both the warden of Salinas Valley State Prison, Mike Evans, and the Attorney General of the State of California, Brown, as respondents in this matter. The only proper responded is Warden Evans. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Rule 2(a), Federal Rules Governing Section 2254 Cases. Accordingly, Attorney General Brown will be terminated as a party to this action.

        Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c). This case shall, therefore, be reassigned to the Magistrate Judge for all further proceedings and entry of final judgment.

1

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to terminate Attorney General Brown as a respondent in this matter;

2. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

3. The caption on all documents filed in the reassigned case shall show case number CIV S-08-0888 CMK P.

DATED: May 5, 2009

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

I am the United States Magistrate Judge currently assigned to this case. I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

DATED: May 11, 2009

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE